UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RODNEY WHITE (#123606)**

**VERSUS**

**JIM HOLT, ET AL.**

**CIVIL ACTION**

**NO.19-761-JWD-SDJ**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July17, 2020 (Doc. 5), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's claims are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 6, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1  The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this Report and Recommendation be adopted, the Ruling in this matter will constitute a strike.